UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARYL A. SANDERS,

    Plaintiff,

v.                                      Case No. 3:21cv3871-LC-HTC

FLORIDA DEPARTMENT
  OF CORRECTIONS and OKALOOSA
  CORRECTIONAL INSTITUTION,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on December 27, 2021 (ECF No. 12), recommending dismissal based on Plaintiff's status as a three-striker under 28 U.S.C. § 1915(g) and Plaintiff's failure to pay the filing fee at the time he initiated this action. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation, and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:21cv3871-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 12) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE because Plaintiff is a three-striker under 28 U.S.C. § 1915(g) and has failed to pay the filing fee.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 11th day of January 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**